5

Harry D. Roth          SBN 80611
Attorney at Law
808 East Eight St
Davis, CA 95616
(530) 756-1265
(530) 231-2816 (f)

Debtor in Pro Per

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In the Matter of: | Case No. | 2015-20376-B-13J |
| --- | --- | --- |
| | | HDR-1 |
| HARRY D. ROTH | **CERTIFICATE OF SERVICE** | |
| Debtor. | DATE: | August 12, 2015 |
| _____/ | TIME: | 10:00 a.m. |
| | COURTROOM: | 32, 6th Flr |
| | JUDGE: | Christopher D. Jaime |

I, DAWN WIGERI VAN EDEMA, declare as follows:

    That I am a resident of the United States, over the age of eighteen years, an employee in Yolo County, and not a party to the within action. My business address is 808 East Eighth Street, Davis, California 95616.

    That I served a copy of the attached: **NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 2 OF CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE, N.A. FILED ON APRIL 10, 2015; DEBTORS' OBJECTION TO CLAIM NO. 2 OF CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE, N.A. FILED ON APRIL 10, 2015; DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION TO CLAIM NO. 2 OF CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE, N.A. FILED ON APRIL 10, 2015; EXHIBITS A and B IN SUPPORT OBJECTION TO CLAIM NO. 2 OF CAVALRY**

1  SPV I, LLC AS ASSIGNEE OF CAPITAL ONE, N.A. FILED ON APRIL 10, 2015 in an
2  envelope addressed to the following:

3
   Jan P. Johnson                           Bass & Associates, P.C.
4  PO Box 1708                              c/o Anne C. Graham-Bergin *agent for service of process*
   Sacramento CA 95812                      2205 E Speedway
5                                           Tucson AZ 85719

6  United States Trustee
   501 I St, Rm 7-500
7  Sacramento CA 95814

8
   Cavalry SPV I, LLC as assignee of Capital One, N.A.
9  c/o Bass & Associates, P.C.
   3936 E Ft. Lowell Rd Ste #200
10 Tucson AZ 85712

11
   Cavalry SPV I, LLC
12 c/o CT Corporation System *agent for service of process*
   818 W 7th St # 200
13 Los Angeles, CA 90017

14
   Capital One, N.A.****
15 c/o Marsha M Gassan CFO
   1680 Capital One Dr
16 Mclean VA 22102

17

18 ****sent via certified mail to FDIC entity

19 which envelope was then sealed and postage prepaid thereon, and was deposited in the United

20 States mail at Davis, California, on June __, 2015.

21 That there is a delivery service by United States mail at the place so addressed, or regular

22 communication by United States mail between the place of mailing and the place so addressed.

23       I declare under penalty of perjury under the laws of the United State that the foregoing is

24 true and correct.

25
   DATED: June __, 2015
26                                                        _____
                                                          DAWN WIGERI VAN EDEMA
27

**Business Entity Detail**

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, May 22, 2015. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | CAVALRY SPV I, LLC |
| Entity Number: | 201122710088 |
| Date Filed: | 08/15/2011 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 500 SUMMIT LAKE DRIVE STE 400 |
| Entity City, State, Zip: | VALHALLA NY 10595 |
| Agent for Service of Process: | C T CORPORATION SYSTEM (C0168406) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2015    California Secretary of State

FDIC: Confirmation & Report Selection    Case 15-20376    Filed 06/08/15    Doc 38

| | Key demographic information as of May 21, 2015 | |
|---|---|---|
| | **Capital One, National Association** | |
| | 1680 Capital One Drive | |
| | Mclean, VA 22102 | |
| FDIC Certificate #: | 4297 | Date Established: 5/22/1933 |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | [More Demographic Information →] |
| Primary Internet Web Address: | www.capitalone.com | [Generate History →] |

## Information Gateway;

**ID Report Selections:**    **Report Date:**

| Assets and Liabilities |    | December 31, 2014 |    Generate Report

--------------------------------------------------------More Information--------------------------------------------------------

- ⓘ Current List of Offices
- ⓘ Compare to Peer Group(s)
- ⓘ FFIEC Call/TFR Report *3/31/2015 Latest Available*
- ⓘ FFIEC Uniform Bank Performance Report (UBPR)
- ⓘ FDIC/OTS Summary of Deposits

- ⓘ Bank Holding Company Ownership and Affiliates
- ⓘ Consumer Assistance from Primary Federal Regulator
- ⓘ Organization Hierarchy from the Federal Reserve System
- ⓘ OCC CRA ratings

Press ⓘ for description

Search Date and Time:
5/26/2015 12:27:44 PM

File Number:
**08349980**

Corporation Name:
**BASS & ASSOCIATES, A PROFESSIONAL CORPORATION**

| Annual Report Email Reminders |
|---|
| eFile Annual Report |
| Print Annual Report Form |

Collapse | Expand

### Corporate Inquiry ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| 08349980 | BASS & ASSOCIATES, A PROFESSIONAL CORPORATION | Check Corporate Status |

### Domestic Address ▲

3936 E FT LOWELL #200
TUCSON, AZ 85712

### Statutory Agent Information ▲

**Agent Name:** ANNE C GRAHAM-BERGIN

**Agent Mailing/Physical Address:**
2205 E. SPEEDWAY
TUCSON, AZ 85719

**Agent Status:** APPOINTED 10/07/2004

**Agent Last Updated:** 05/06/2004

### Additional Entity Information ▲

**Entity Type:** BUSINESS                **Business Type:** LEGAL SERVICES

**Incorporation Date:** 8/15/1990        **Corporation Life Period:** PERPETUAL

**Domicile:** ARIZONA                    **County:** PIMA

**Approval Date:** 10/7/2004             **Original Publish Date:** 4/2/1998

### Officer Information ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|